# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2007 OCT 16 AM 9:49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

William A. Long, an individual,
Plaintiff

vs

Linspire, Inc., a Delaware corporation,
Defendant

SUMMONS IN A CIVIL ACTION
Case No.

'07 CV 1993 H   BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Gregory P. Goonan
The Affinity Law Group APC
600 West Broadway, Suite 400
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

OCT 1 6 2007
DATE

By L O_____O , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**ORIGINAL**