| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Gregory P. Goonan #119821<br>The Affinity Law Group, APC<br>600 West Broadway, Suite 400<br>San Diego, CA 92101<br>Telephone: 619 702-4335  Fax: 619-243-0088<br>Attorney for: Plaintiff William A. Long | FOR COURT USE ONLY |
| Insert name of court and name of judicial district branch court, if any.<br>United States District Court – Southern District of California | |
| SHORT TITLE OF CASE<br>William A. Long, etc. v. Linspire, Inc., etc. | |
| PROOF OF SERVICE - SUMMONS | CASE NUMBER<br>07 CV 1993 H(BLW) |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SUMMONS IN A CIVIL ACTION; COMPLAINT FOR MONEY DAMAGES FOR BREACH OF CONTRACT AND STATUTORY VIOLATION FOR FAILURE TO PAY WAGES; CIVIL COVER SHEET

2. a. Party served: Linspire, Inc. a Delaware Corporation
   b. Person served: ☐ party in item 2a ☒ other: Deanna LePorte, Service Clerk, authorized to accept service, National Registered Agents, Inc.
   c. Address: ☐ residence ☒ business: 2030 Main Street, Suite 1030, Irvine, CA 92614
   d. Date: 10/22/07
   e. Time: 3:45 ☐ a.m. ☒ p.m.

3. Manner of service:

   ☒ **Personal Service** By personally delivering copies to the person served.

4. Fee for service: $45.00

☒ I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: _____  Date: October 24, 2007
Scot A. Duncan ~Independent Contractor ~ Registered Process Server ~ Sacramento County PSC #91-028

---

AMBASSADOR SERVICES ~ 1905 East 17th Street, Suite 107, Santa Ana, California 92705 714/647-0478
Registered California Process Server ~ Orange County #PSC-332
Registered California Professional Photocopier Orange County #PP023

FORM ADOPTED BY RULE 982 JUDICIAL COUNCIL OF CALIFORNIA 982(a)(23) (NEW JULY 1, 1987)

PROOF OF SERVICE - SUMMONS