Gregory P. Goonan (Cal. Bar #119821)
**The Affinity Law Group APC**
600 West Broadway, Suite 400
San Diego, CA  92101
Tel:  619-702-4335
Fax:  619-243-0088
E-Mail:  ggoonan@affinity-law.com

Attorneys for Plaintiff
William A. Long

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William A. Long, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Linspire, Inc., a Delaware corporation,<br><br>　　　　Defendant. | Case No.  07cv1993-H (BLM)<br><br>**PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>Current ENE Schedule:<br><br>Date: December 17, 2007<br>Time:  9:30 am |

　　　　Plaintiff William A. Long ("Plaintiff") hereby submits this ex parte application to request a continuance of the early neutral evaluation (ENE) conference currently scheduled in this matter for December 17, 2007 at 9:30 a.m. before the Honorable Magistrate Judge Barbara L. Major. Plaintiff asks that the Court reschedule the ENE for a time later in the day on December 17 or, if such time is not available on the Court's calendar, for a date on or after January 3, 2008.

　　　　The ENE initially was scheduled in this case on December 17, 2007 pursuant to the Court's order entered November 8, 2007.  The ENE date as initially set was free on the calendar of Plaintiff's counsel.

　　　　Plaintiff's counsel currently is handling another matter (Case No. 07cv1293) that, like this case, is in its early stages.  The ENE in such other matter initially was scheduled for December 14, 2007.  However, on the afternoon of December 3, 2007, Plaintiff's counsel received an order in

such other case that the ENE there had been rescheduled from December 14 to December 17 at 8:30 a.m. Obviously, Plaintiff's counsel cannot meaningfully participate in an ENE at 8:30 a.m. on December 17 in such other case and in the ENE in this case at 9:30 a.m. on December 17.

Prior to filing this application, Plaintiff's counsel sought to continue the ENE in the other case. The client of Plaintiff's counsel in the other case is located in Montana. For reasons concerning such client's business affairs, it is critical that the ENE in the other case take place before the end of the year. However, because of the deposition schedule of Plaintiff's counsel in other matters (discussed below) and the scheduling and travel difficulties attendant to the end-of-the-year holidays, it simply is not possible to reschedule the ENE in the other case for a date after December 17. Consequently, Plaintiff has no choice but to respectfully ask for a continuance of the ENE in this case.

In terms of a new date and time for the ENE here, Plaintiff and Plaintiff's counsel would be free to participate in the ENE at a later time on December 17 (perhaps after 2:00 p.m.). Plaintiff's counsel is scheduled to be in deposition on December 18, December 19, December 20, December 21, December 26, December 27 and December 28 in several matters that have year-end discovery cut-off dates. Consequently, Plaintiff's counsel would not be available to participate in the ENE here on any date in December after December 17. Accordingly, if the afternoon of December 17 is not available to conduct the ENE here, Plaintiff asks that the ENE be continued to a date on or after January 3, 2008.

DATED: December 5, 2007                THE AFFINITY LAW GROUP APC

                                       By:    */s/ Gregory P. Goonan*
                                           Gregory P. Goonan
                                           Attorneys for Plaintiff
                                           William A. Long

**Certificate of Service**

The undersigned hereby certifies that on this 5th day of December 2007, a true and accurate copy of the attached document was electronically filed with the Court, to be served by operation of the Court's electronic filing system, upon the following:

> Keith Zakarin
> Edward M. Cramp
> Duane Morris LLP
> 101 West Broadway, Suite 900
> San Diego, CA  92101
> Attorneys for Defendant

```
                              /s/ Gregory P. Goonan
                              Gregory P. Goonan
```