1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM A. LONG,                  )  Case No. 07cv1993-H (BLM)
                                      )
12              Plaintiff,            )  **ORDER RESETTING EARLY NEUTRAL**
                                      )  **EVALUATION CONFERENCE AND**
13  v.                                )  **CONVERTING CONFERENCE TO**
                                      )  **TELEPHONIC**
14  LINSPIRE, INC., a Delaware        )
    corporation,                      )
15                                    )
                Defendant.            )
16                                    )
                                      )
17  ──────────────────────────────── )

18       On December 5, 2007 Plaintiff submitted an *ex parte* application to

19  continue the Early Neutral Evaluation Conference ("ENE") scheduled for

20  December 17, 2007 at 9:30 a.m.  Doc. No. 6.  Plaintiff explained that

21  his counsel was required to appear that same morning for another ENE in

22  a different matter, and would thus be unavailable.  Id.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    The ENE is therefore rescheduled for **December 17, 2007** at **11:30**

2 **a.m.**, or as soon thereafter as the Court's calendar will allow, with the

3 chambers of Magistrate Judge Major.    The ENE is also **converted to a**

4 **telephonic, attorneys-only conference**.    Clients need not participate.

5 The Court will initiate the conference call.

6

7 DATED:    December 6, 2007

8                                                    _Barbara L. Major_

9                                        BARBARA L. MAJOR
                                         United States Magistrate Judge
10

11 COPY TO:

12 HONORABLE MARILYN L. HUFF
   U.S. DISTRICT JUDGE
13
   ALL COUNSEL
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28