Gregory P. Goonan (Cal. Bar #119821)
**The Affinity Law Group APC**
600 West Broadway, Suite 400
San Diego, CA  92101
Tel:  619-702-4335
Fax:  619-243-0088
E-Mail:  ggoonan@affinity-law.com

Attorneys for Plaintiff
William A. Long

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William A. Long, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>Linspire, Inc., a Delaware corporation,<br><br>    Defendant. | Case No.  07cv1993-H (BLM)<br><br>**REPORT OF PARTIES' FRCP 26(f) MEETING AND JOINT DISCOVERY PLAN**<br><br>Rule 26(f) Meeting:  January 3, 2008<br><br>Continued ENE/Scheduling Conference:<br><br>Date: December 17, 2007<br>Time:  10:30 am |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's December 17, 2007 order, plaintiff William A. Long ("Long") and defendant Linspire, Inc. ("Linspire") hereby submit the following report of parties' Rule 26(f) meeting and joint discovery plan.

  1. <u>COMPLEX CASE</u>:

The parties agree that this action should not be considered complex.

  2. <u>DISCOVERY AND MOTION SCHEDULE</u>:

Motions by Long:  Presently there are no pending motions.  Long may file a motion for summary adjudication on certain defenses alleged by Linspire.

1  Motions by Linspire:  Presently there are no pending motions.  Linspire may file a motion
2  for summary judgment.

3  Discovery and Motion Cut-Off:  The parties believe they will require approximately eight
4  (8) months to conduct discovery in this matter.  The parties suggest that the discovery cut-off date
5  be scheduled for August 29, 2008.  The parties further suggest that the cut-off date for filing
6  dispositive motions be set for October 13, 2008, forty-five (45) days after the discovery cut-off
7  date.

8  The parties reserve their rights to bring such other motions as they deem appropriate and as
9  the circumstances warrant.

10  3.    TRIAL ESTIMATE:

11  A preliminary trial estimate is three (3) to five (5) days.  Both Long and Linspire have
12  demanded trial by jury.  It is anticipated that Long's case will be tried by Gregory P. Goonan and
13  Linspire's case will be tried by Keith Zakarin and Edward M. Cramp.

14

15  4.    ADDITIONAL PARTIES:

16  Neither Long nor Linspire anticipates adding additional parties at this time.

17  5.    AMENDMENT OF PLEADINGS:

18  Neither Long nor Linspire anticipates the need to amend its pleadings.

19  6.    EXPERT WITNESSES:

20  The parties propose the mutual and simultaneous disclosure of expert witness information
21  in accordance with F.R.C.P. 26(a)(2) on September 30, 2008.  The parties propose that rebuttal
22  expert witness information be exchanged on October 31, 2008.  The parties suggest the discovery
23  cut-off date for expert witnesses be set as December 5, 2008.

24  7.    DISCOVERY PLAN:

25  Initial Disclosures:  The parties agree that no changes should be made in the timing, form,
26  or requirement for disclosures under Rule 26(a).  The parties will make the initial disclosures
27  required pursuant to FRCP 26(a) on January 18, 2008.

28

Discovery in Phases:  The parties do not believe that it is necessary or appropriate to conduct discovery in phases.

Subjects of Discovery:  Long requires discovery on the allegations of his complaint and the defenses asserted by Linspire.  Long anticipates deposing percipient and expert witnesses, as well as all appropriate forms of discovery including written discovery and inspections.

Linspire requires discovery on the allegations of Long's complaint and the defenses it has asserted.  Linspire anticipates deposing percipient and expert witnesses, as well as all appropriate forms of discovery including conducting appropriate written discovery and inspections.

Limitations on Discovery:   The parties do not believe that it is necessary to modify the rules regarding the number of interrogatories to be allowed in this case.

Other Orders:  The parties agree that a protective order, under Fed. R. Civ. Proc. 26(c), governing the disclosure and use of confidential information will be necessary.  The parties will submit a proposed form of such an order for the Court's approval.

8.  <u>MAJOR PROCEDURAL OR EVIDENTIARY PROBLEMS</u>:

The parties do not, at this point in the litigation, anticipate any major procedural or evidentiary problems.

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

9.  <u>CONSENT TO THE DESIGNATION OF A MAGISTRATE JUDGE</u>:

Counsel for each party have discussed with their respective clients the prospect of the parties exercising their right under 28 U.S.C. § 636 to consent to the designation of a Magistrate Judge to conduct all proceedings in this matter.  Neither party wishes to consent to the designation of a Magistrate Judge.


DATED: January 11, 2008                THE AFFINITY LAW GROUP APC


                                       By:  ___*/s/ Gregory P. Goonan*_____
                                            Gregory P. Goonan
                                            Attorneys for Plaintiff
                                            William A. Long



DATED: January 11, 2008                Duane Morris LLP


                                       By:  ___*/s/ Edward M. Cramp*_____
                                            Edward M. Cramp
                                            Attorneys for Defendant
                                            Linspire, Inc.

1

<u>**Certificate of Service**</u>

2

3

   The undersigned hereby certifies that on this 11th day of January 2008, a true and accurate copy of the attached document was electronically filed with the Court, to be served by operation of the Court's electronic filing system, upon the following:

4

5

       Keith Zakarin
       Edward M. Cramp

6

       Duane Morris LLP
       101 West Broadway, Suite 900

7

       San Diego, CA  92101
       Attorneys for Defendant

8

9

10

                                    ***/s/ Gregory P. Goonan***
                                    Gregory P. Goonan

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---