Gregory P. Goonan (Cal. Bar #119821)
**The Affinity Law Group APC**
600 West Broadway, Suite 400
San Diego, CA  92101
Tel:  619-702-4335
Fax:  619-243-0088
E-Mail:  ggoonan@affinity-law.com

Attorneys for Plaintiff
William A. Long

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William A. Long, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Linspire, Inc., a Delaware corporation,<br><br>　　　　Defendant. | Case No.  07cv1993-H (BLM)<br><br>**JOINT MOTION TO CONTINUE DISCOVERY CUT-OFF DATE, DISPOSITIVE MOTION FILING DATE AND MANDATORY SETTLEMENT CONFERENCE DATE** |

　　　The parties to this action, by and through their undersigned attorneys of record, have stipulated and agreed to continue for a short period the discovery cut-off date (for depositions only), the dispositive motion cut-off date and the mandatory settlement conference in this matter. Good cause exists to continue such dates for the following reasons:

　　　1. The parties already have completed written discovery and expert disclosure. However, because of scheduling conflicts and Plaintiff's counsel's trial schedule, the parties have not yet been able to complete the necessary depositions in this case.

　　　2. Counsel for the parties has agreed to conduct the necessary depositions during the week of September 22, 2009. Counsel for the parties consequently request and require a short extension of the discovery cut-off date and the dispositive motion cut-off date.

---

*JOINT MOTION TO CONTINUE DISCOVERY CUT-OFF DATE, DISPOSITIVE MOTION FILING DATE
AND MANDATORY SETTLEMENT CONFERENCE*

- 1 -

1    3. Counsel for the parties believes that it will not be useful or productive to conduct a mandatory settlement conference in this case until after the required depositions have been completed. Consequently, also request a short continuance of the mandatory settlement conference date.

4. The parties believe that the continuance sought by this motion will promote efficient case management and foster settlement discussions between the parties. The parties have not requested any other continuances of the dates addressed by this motion.

In view of the foregoing, the parties through their undersigned attorneys of record hereby stipulate and jointly move pursuant to Civil Local Rule 7.2 that the Court continue the discovery cut-off date, the dispositive motion date and the mandatory settlement conference date as follows:

1. Date by which all discovery shall be completed in this matter: October 6, 2008 (continuance for completion of depositions only).

2. Last day to file pre-trial motions: October 27, 2008

3. Mandatory settlement conference: October 29, 2008 @ 9:30 a.m.

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

/./././

---

*JOINT MOTION TO CONTINUE DISCOVERY CUT-OFF DATE, DISPOSITIVE MOTION FILING DATE AND MANDATORY SETTLEMENT CONFERENCE*

- 2 -

1 All other dates set by the Court's January 28, 2008 Scheduling Order shall remain
2 unchanged.

3

4

5 DATED: September 8, 2008                THE AFFINITY LAW GROUP APC

6

7                                         By:    */s/ Gregory P. Goonan*
                                               Gregory P. Goonan
8                                              Attorneys for Plaintiff
                                               William A. Long
9

10

11 DATED: September 8, 2008                Duane Morris LLP

12

13                                         By:    */s/ Edward M. Cramp*
                                               Edward M. Cramp
14                                             Attorneys for Defendant
                                               Linspire, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

*JOINT MOTION TO CONTINUE DISCOVERY CUT-OFF DATE, DISPOSITIVE MOTION FILING DATE AND MANDATORY SETTLEMENT CONFERENCE*

- 3 -

**Certificate of Service**

The undersigned hereby certifies that on this 8th day of September 2008, a true and accurate copy of the attached document was electronically filed with the Court, to be served by operation of the Court's electronic filing system, upon the following:

> Keith Zakarin
> Edward M. Cramp
> Duane Morris LLP
> 101 West Broadway, Suite 900
> San Diego, CA  92101
> Attorneys for Defendant

                                                                  */s/ Gregory P. Goonan*
                                                                  Gregory P. Goonan

---

*JOINT MOTION TO CONTINUE DISCOVERY CUT-OFF DATE, DISPOSITIVE MOTION FILING DATE AND MANDATORY SETTLEMENT CONFERENCE*

- 4 -