UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. LONG, | ) Case No. 07cv1993-H (BLM) |
| Plaintiff, | ) **ORDER GRANTING IN PART JOINT MOTION TO CONTINUE DATES** |
| v. | ) [Doc. No. 12] |
| LINSPIRE, INC., a Delaware corporation, | ) |
| Defendant. | ) |

On September 8, 2008, the parties to the above matter jointly moved to continue the date to complete depositions, the deadline by which they are required to file pre-trial motions, and the Mandatory Settlement Conference. Doc. No. 12. The parties' joint motion is **GRANTED IN PART** as follows.

1. The date by which all discovery shall be completed is continued to **October 6, 2008**, solely for the purpose of taking further depositions.

2. Pending notice from the District Judge, the Court does not yet rule on the request to continue the date to file pre-trial motions.

///

3. The Mandatory Settlement Conference ("MSC") currently set for September 9, 2008 is continued to **October 29, 2008** at **9:30 a.m.** All requirements pertaining to the previously-set MSC pertain equally to the continued MSC. See Doc. No. 10. Confidential settlement statements (see id.) shall be submitted directly to the Court on or before **October 22, 2008**.

4. All other dates and deadlines remain as previously set.

**IT IS SO ORDERED.**

DATED: September 8, 2008

_Barbara L. Major_
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF
U.S. DISTRICT JUDGE

ALL COUNSEL