# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. LONG, an individual,<br><br>　　　　　　　Plaintiff,<br>　vs.<br>LINSPIRE, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | CASE NO. 07-CV-1993 H (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE PRE-TRIAL MOTION DEADLINE** |

On September 8, 2008, the parties filed a joint motion to continue the discovery cutoff date, the deadline for pre-trial motions and the mandatory settlement conference. (Doc. No. 12.) On September 8, the magistrate judge assigned to this case granted the parties' joint motion in part with respect to the discovery cutoff date and the mandatory settlement conference date. (Doc. No. 13.)

The Court grants for good cause the parties' joint motion to continue the pre-trial motion deadline. Accordingly, the Court orders that October 27, 2008 is the last day to file pre-trial motions. Except as modified by this order or the magistrate judge's September 8, 2008 order, all other dates set by the Court's January 28, 2008 scheduling order remain unchanged.

IT IS SO ORDERED.

DATED: September 11, 2008

　　　　　　　　　　　　　　　　_/s/ Marilyn L. Huff_
　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT